```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
KEVIN DE HENRIQUEZ, individually and on behalf of                    :
all others similarly situated,                                       :
                                                                     :
                              Plaintiff,                             :       23-cv-2990 (LJL)
                                                                     :
          -v-                                                        :           ORDER
                                                                     :
WILLIAM JAMES BUSHELL CORP. D/B/A RADIANT                            :
SOLAR,                                                               :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023

LEWIS J. LIMAN, United States District Judge:

    The Court received the attached email from the Defendant on October 3, 2023, indicating that counsel for the Defendant cannot attend the telephonic conference scheduled for October 4, 2023. That conference is therefore rescheduled for October 13, 2023 at 1:30 PM. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

    This order is also being emailed to counsel for Defendant at the email address provided.

    Any motion made by either party shall be made by filing the motion on ECF.

    SO ORDERED.

Dated: October 3, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge

# Liman NYSD Chambers

| | |
|---|---|
| **From:** | Yifat Schnur <yifat@yvlslaw.com> |
| **Sent:** | Tuesday, October 3, 2023 11:43 AM |
| **To:** | Liman NYSD Chambers |
| **Subject:** | Re: Henriques v. William James Bushell Corp - 23-cv-2990 (LJL) |

**CAUTION - EXTERNAL:**

Good afternoon thank you for the reply. I am out of the country in a seven hour different time zone so I will therefore not be attending a 3 PM hearing.

Plaintiff filed an affidavit of service, but as stated before the Defendant was only first made aware of this on Friday, and I emailed the court from out of the country as soon as I saw this, if the court is not willing to extend the courtesy to deal with this for another two weeks I am not really sure what further relief I could seek.

Further, to clarify, in no way did I intended the court to consider the email a letter motion. It was a request letting you know that I'm only now aware of the matter and respectfully seeking a courtesy.

I'm also aware that the time to answer has expired however, I am asking for permission to file an untimely answer due to failure to serve.

Whatever the decision is - I will not be available on October 3 I will be back in the country after the 12th .

Yifat V. Schnur
YVLS ESQ LLC
347.268.5347
Yifat@yvlslaw.com

Inline image

On Tue, Oct 3, 2023 at 4:07 PM Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov> wrote:

> Dear counsel:
>
> Please see the attached order.
>
> Best regards,
>
> Chambers of Hon. Lewis J. Liman

1

**From:** Yifat Schnur <yifat@yvlslaw.com>
**Sent:** Tuesday, October 3, 2023 7:20 AM
**To:** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Subject:** Re: Henriques v. William James Bushell Corp - 23-cv-2990 (LJL)

**CAUTION - EXTERNAL:**

Good morning following up on the below.

On Mon, Oct 2, 2023 at 8:03 AM Yifat Schnur <yifat@yvlslaw.com> wrote:

> Dear honorable Lewis J. Liman,
>
> This firm represents William James Bushell, Corp. doing business as Radiant Solar and writes in regards to the above referenced matter of which my client has no prior notice.
>
> I am out of the country in a seven hour different time zone, and only learned about this matter for the first time on Friday I am writing to respectfully request time to enter a motion to extend the time to answer and avoid the default judgment once I return back on October 15, 2023.
>
> I cannot access pacer from outside of the country.
>
> Thank you,
>
> Yifat
>
> *Admitted to practice in New Jersey and New York. And before the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court of New Jersey.
>
> **YIFAT V. SCHNUR**
>
> YVLS ESQ. LLC
>
> 22 Prescott Street, Edison, NJ 08817
>
> 26 Broadway, 19th Flr., NY, NY 10004
>
> T: 347.268.5347

2

E: Yifat@yvlslaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.