UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KEVIN DE HENRIQUEZ, Individually and On
Behalf of All Others Similarly Situated,

                    Plaintiff,                      23-CV-02990 (LJL)(SN)

    -against-                              **ORDER**

WILLIAM JAMES BUSHELL CORP, d/b/a
RADIANT SOLAR,

                    Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, January 2, 2024, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 4, 2024
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024