```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
KEVIN DE HENRIQUEZ, individually and on behalf of                    :
all others similarly situated,                                       :
                                                                     :
                                                                     :
                                Plaintiff,                           :         23-cv-2990 (LJL)
                                                                     :
        -v-                                                          :         ORDER
                                                                     :
WILLIAM JAMES BUSHELL CORP. D/B/A RADIANT                            :
SOLAR,                                                               :
                                                                     :
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/8/2024__

LEWIS J. LIMAN, United States District Judge:

      On March 5, 2024, Plaintiff filed a motion to compel Defendant to respond to document requests and interrogatories, Dkt. No. 39, and a motion for a sixty-day extension of the deadline to amend the pleadings, Dkt. No. 40.  The Court took both motions under advisement and notified Defendant that the Court would consider them unopposed if Defendant did not respond by March 7, 2024.  Dkt. Nos. 42–43.

      As Defendant has not responded to either motion, the Court GRANTS them as unopposed.  *See Gesualdi v. Interstate Payroll Co., Inc.*, 2016 WL 737909, at *1 (E.D.N.Y. Feb. 22, 2016); *Alston v. Cahill*, 2008 WL 5120735, at *2 (D. Conn. Dec. 5, 2008).  Defendant shall produce the information and documents identified in Plaintiff's motion to compel by March 18, 2024.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 39 and 40.

SO ORDERED.

Dated: March 8, 2024  
       New York, New York

                                                         LEWIS J. LIMAN  
                                                         United States District Judge